### 16371. PRUETT *v.* THE STATE.

LUKE, J. Pruett was convicted of violating the prohibition law; and his motion for a new trial assigns error upon the grounds (*a*) that his conviction was not authorized by the evidence; (*b*) that the venue was not proved; and (*c*) upon the ground of newly discovered evidence. No ground of the motion for a new trial is meritorious.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 9, 1925.

Indictment for selling liquor; from Milton superior court—Judge Blair. March 14, 1925.

*George F. Gober, J. P. Brooke,* for plaintiff in error.

*John S. Wood, solicitor-general,* contra.